IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

ELECTRONICALLY
FILED
Jul 13 2020
U.S. DISTRICT COURT
Northern District of WV

ASHLEY THOMAS and LUKE THOMAS,

        Plaintiffs,

CIVIL NO.:   **5:20-CV-143 (Bailey)**

vs.

**JURY TRIAL DEMANDED HEREIN**

JOHN DOE DRIVER, JOHN DOE EMPLOYER, JOHN DOE TRUCKING COMPANY, LANDSTAR SYSTEM, INC., LANDSTAR EXPRESS AMERICA, INC., LANDSTAR INWAY, INC., LANDSTAR RANGER, INC., LANDSTAR GLOBAL LOGISTICS, INC., LANDSTAR SYSTEM HOLDINGS, INC., and JUAN MENDOZA,

        Defendants.

## NOTICE OF REMOVAL

AND NOW, come the Defendants, Landstar System, Inc., Landstar Express America, Inc., Landstar Inway, Inc., Landstar Ranger, Inc., Landstar Global Logistics, Inc., and Landstar System Holdings, Inc., by and through the undersigned counsel, and remove the above-captioned lawsuit pursuant to 28 U.S.C. § 1441, *et seq.* from the Circuit Court of Ohio County, West Virginia (Civil Action No. 20-C-56), to the United States District Court for the Northern District of West Virginia, and in support thereof, aver as follows:

1.  Plaintiffs, Ashley Thomas and Luke Thomas, initiated this lawsuit in the Circuit Court of Ohio County, West Virginia at Civil Action No. 20-C-56. (Copies of the docket and all pleadings and process filed in the State Court action are attached hereto as Exhibit "A").

2.  The Complaint names Landstar System, Inc., Landstar Express America, Inc., Landstar Inway, Inc., Landstar Ranger, Inc., Landstar Global Logistics, Inc., Landstar System

Holdings, Inc., Juan Mendoza, John Doe Driver, John Doe Employer, and John Doe Trucking Company.

3. The Complaint asserts claims sounding in negligence relative to an automobile accident that is alleged to have occurred on or about March 11, 2018 in Wheeling, Ohio County, West Virginia.

4. Plaintiff seeks an award of damages relative to injuries allegedly sustained in the accident, including damages for medical bills and expenses related to her injuries, including damages for loss of income, reduction in earning capacity, loss of the ability to enjoy the ordinary functions of life, and other damages.

5. Per the Complaint, Plaintiffs are residents of the State of West Virginia.

6. Per the Complaint, Landstar System, Inc. is a foreign corporation that is incorporated in Delaware.

7. Per the Complaint, Landstar Express America, Inc. is a foreign corporation that is incorporated in Delaware.

8. Per the Complaint, Defendant Landstar Inway is a foreign corporation that is incorporated in Delaware.

9. Per the Complaint, Defendant Landstar Ranger, Inc. is a foreign corporation that is incorporated in Delaware.

10. Per the Complaint, Defendant Landstar Global Logistics, Inc. is a foreign corporation that is incorporated in Delaware.

11. Per the Complaint, Defendant Landstar System Holdings, Inc. is a foreign corporation that is incorporated in Delaware.

12. Although not stated in the Complaint, Defendant Juan Mendoza, is a resident of the state of Ohio.

13. Per the Complaint, Defendant Erie Insurance Property & Casualty Coverage, is a foreign corporation licensed to conduct business in West Virginia.

14. The above-captioned action, pending in the Circuit Court of Ohio County, West Virginia, is within the jurisdiction of the United States District Court for the Northern District of West Virginia.

15. The United States District Court for the Northern District of West Virginia has original jurisdiction over this action pursuant to 28 U.S.C.§ 1332 in as much as the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

16. This action is removable to the Circuit Court of Ohio County, West Virginia, pursuant to the provision of 28 U.S.C. § 1441, *et seq.*

17. Concurrent with the filing of this Notice of Removal, Defendants have filed a Notice of Filing of Notice of Removal with the Clerk of the Circuit Court of Ohio County, West Virginia advising that it has removed this action to the United States District Court for the Northern District of West Virginia.

18. Counsel undersigned has conferred with counsel for Co-Defendant Erie, and has been advised that there is no objection to this proposed removal.

19. In filing this Notice of Removal, Defendants do not waive any affirmative defenses that they may assert in this action.

WHEREFORE, Defendants, respectfully that this Court remove this matter from the Circuit Court of Ohio County, West Virginia to the United States District for the Northern District of West Virginia.

**JURY TRIAL DEMANDED**

PION, NERONE, GIRMAN, WINSLOW
& SMITH, P.C.

/s/ Jordan C. Hettrich, Esquire
TIMOTHY SMITH, ESQUIRE
Attorney I.D. No. 6128
JORDAN C. HETTRICH, ESQUIRE
Attorney I.D. No. 12137
*Attorneys for Defendants,*
*Landstar System, Inc.,*
*Landstar Express America, Inc.*
*Landstar Inway, Inc.*
*Landstar Ranger, Inc.*
*Landstar Global Logistics, Inc.*
*Landstar System Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I, Jordan C. Hettrich, Esquire, hereby certify that a true and correct copy of the foregoing NOTICE OF REMOVAL was served upon counsel of record via regular mail and facsimile this 13th day of July, 2020, as follows:

Jacob M. Robinson, Esquire (W. Va. Bar No. 3133)
Robinson Law Offices
1140 Main Street, Floor 3
Wheeling, WV 26003
Fax: (304) 233-2089
*Counsel for Plaintiffs*

PION, NERONE, GIRMAN,
WINSLOW & SMITH, P.C.


  /s/ Jordan C. Hettrich, Esquire
JORDAN C. HETTRICH, ESQUIRE
Attorney I.D. No. 12137
*Attorneys for Defendants,*
*Landstar System, Inc.,*
*Landstar Express America, Inc.*
*Landstar Inway, Inc.*
*Landstar Ranger, Inc.*
*Landstar Global Logistics, Inc.*
*Landstar System Holdings, Inc.*