IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

ASHLEY THOMAS and LUKE THOMAS,

                          CIVIL NO.: 5:20-cv-00143-JPB

        Plaintiffs,

vs.

JOHN DOE DRIVER, JOHN DOE EMPLOYER, JOHN DOE TRUCKING COMPANY, LANDSTAR SYSTEM, INC., LANDSTAR EXPRESS AMERICA, INC., LANDSTAR INWAY, INC., LANDSTAR RANGER, INC., LANDSTAR GLOBAL LOGISTICS, INC., LANDSTAR SYSTEM HOLDINGS, INC., and JUAN MENDOZA,

        Defendants.

### STIPULATION AND AGREED ORDER OF DISMISSAL

The Parties, by and through their undersigned counsel, have reached an agreement to resolve all claims relative to the above-referenced matter, which includes resolution of all claims asserted by Plaintiffs against Defendants; resolution of all claims Plaintiffs asserted or which Plaintiffs could have asserted against Erie Insurance Property and Casualty Company ("Erie"); and waiver by Erie of all claims Erie could have asserted against Defendants, relative to the alleged incident that is the subject of this lawsuit. Accordingly, the parties hereby stipulate and agree to dismiss this case, in its entirety, with prejudiced.

Accordingly, it is hereby Ordered, Adjudged, and Decreed that this case is hereby dismissed, with prejudice.

It is so ORDERED.

Entered this **2nd** day of **February**, 2021.



BY THE COURT:

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

**Read and Agreed to by:**

/s/ Jordan C. Hettrich,
TIMOTHY SMITH, ESQUIRE
Attorney I.D. No. 6128
JORDAN C. HETTRICH, ESQUIRE
Attorney I.D. No. 12137
*Attorneys for Defendants,*
*Landstar System, Inc.,*
*Landstar Express America, Inc.*
*Landstar Inway, Inc.*
*Landstar Ranger, Inc.*
*Landstar Global Logistics, Inc.*
*Landstar System Holdings, Inc.*


/s/Jacob M. Robinson
Jacob M. Robinson, Esquire (W. Va. Bar No. 3133)
Robinson Law Offices
1140 Main Street, Floor 3
Wheeling, WV 26003
*Counsel for Plaintiffs*


/s/ P. Joseph Craycraft
P. Joseph Craycraft, Esq. (W. Va. Bar No. 7920)
Swartz Campbell, LLC
1233 Main Street, Suite 1000
Wheeling, WV 26003
*Counsel for Erie Insurance Property*
*& Casualty Company*